# United States Bankruptcy Court
### District of Arizona

In re **JAMES DONALD SPRAGUE**            Case No. **2:22-bk-00514**
                                    Debtor(s)                  Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐    Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐    Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■    Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **3,621.93**.

Debtor, **JAMES DONALD SPRAGUE**, declares the foregoing to be true and correct under penalty of perjury.

Date **January 26, 2022**            Signature **/s/ JAMES DONALD SPRAGUE**
                                                                          **JAMES DONALD SPRAGUE**
                                                                          Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Liberty Elementary School District #25
19871 W. Fremont Rd.
Buckeye, AZ 85326



**DIRECT DEPOSIT RECEIPT**
PAYROLL
PAY DATE: 11/02/2021

DIRECT DEPOSIT AMOUNT: ***Eight Hundred Fifty Eight and 61/100 Dollars***  $858.61

Sprague, James D
7304 N Cotton Lane
Waddell, AZ 85355

**NON - NEGOTIABLE**

DEPOSIT TO ACCT # XXXXXXXX3125

---

Liberty Elementary School District #25 — Buckeye, AZ 85326

| Sprague, James D | 9 | Biweekly | 10/24/2021 | 11/02/2021 | 11/2/2021 |
|---|---|---|---|---|---|
| Employee Name | Period | Pay Cycle | End Date | Pay Date | Deposit Date |
| Federal: Single or Married filing separately, Exe: 0 | | State: AZ 5.1% of taxable wages | | | |

BENEFITS Total: 326.01  5,282.02

| EARNINGS | Reg Hrs | O/T Hrs | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| Other Accum. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,573.14 | 3,483.53 |
| Hourly Transportation-Bus | 4.00 | 0.00 | 20.40 | 81.60 | 0.00 | 382.50 | 1,013.76 |
| Bus Driver - 17 | 60.00 | 0.00 | 20.40 | 1,224.00 | 0.00 | 6,609.60 | 17,310.96 |
| **EARNINGS Total:** | 64.00 | 0.00 | | 1,305.60 | | 8,565.24 | 21,808.25 |

| EMPLOYEE DEDUCTIONS | Amount | YTD |
|---|---|---|
| ARIZONA STATE TAX W/H | 63.45 | 1,080.65 |
| ASRS LTD CLASSIFIED | 2.48 | 39.13 |
| ASRS RETIREMENT CLASS | 159.54 | 2,579.78 |
| FED TAX W/H | 121.64 | 2,001.75 |
| FICA - MEDICARE | 18.93 | 316.21 |
| FICA - SOC SEC | 80.95 | 1,322.30 |
| FICA - SOC SEC - EE ONLY COVID PLAN | 0.00 | 29.82 |
| DIRECT DEPOSIT SUREPAY | 858.61 | 14,438.61 |
| **DEDUCTIONS Total:** | 1,305.60 | 21,808.25 |

| LEAVE ACCUMULATED | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| Bereavement - 6 hours | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Business Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Compensatory Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unpaid Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Leave - 6 hours 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick Leave Classified - 6 | 117.50 | 0.00 | 18.00 | 0.00 | 135.50 |
| Jury Duty/Military | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| 17 Ded-EYEMED VISION-10 MO SUPPORT | 2.56 | 37.24 |
| 17 Ded-METLIFE DENTAL- 10 MO SUPPORT | 25.29 | 368.49 |
| 17 Ded-MINNESOTA LIFE INSURANCE | 1.14 | 18.04 |
| 17 Ded-TELEDOC NON-INSURED | 0.00 | 14.28 |
| ASRS LTD CLASSIFIED | 2.48 | 39.13 |
| ASRS RETIREMENT CLASS | 159.54 | 2,579.78 |
| FICA - MEDICARE | 18.93 | 316.21 |
| FICA - SOC SEC | 80.95 | 1,322.30 |
| WORKERS' COMP HIGH | 35.12 | 586.55 |

TRANS  Net Amount: $858.61

Liberty Elementary School District #25
19871 W. Fremont Rd.
Buckeye, AZ 85326



DIRECT DEPOSIT RECEIPT
PAYROLL
PAY DATE: 11/16/2021

DIRECT DEPOSIT AMOUNT: ***Eight Hundred Eighty One and 78/100 Dollars***   $881.78

Sprague, James D
7304 N Cotton Lane
Waddell, AZ 85355

NON - NEGOTIABLE

DEPOSIT TO ACCT #   XXXXXXXX3125

---

Liberty Elementary School District #25       Buckeye, AZ 85326

| Sprague, James D | 10 | Biweekly | 11/07/2021 | 11/16/2021 | 11/16/2021 |
|---|---|---|---|---|---|
| Employee Name | Period | Pay Cycle | End Date | Pay Date | Deposit Date |
| Federal: Single or Married filing separately, Exe: 0 | | State: AZ 5.1% of taxable wages | | | |

| EARNINGS | Reg Hrs | O/T Hrs | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| Other Accum. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,573.14 | 3,483.53 |
| Hourly Transportation-Bus | 5.75 | 0.00 | 20.40 | 117.30 | 0.00 | 499.80 | 1,131.06 |
| Bus Driver - 17 | 60.00 | 0.00 | 20.40 | 1,224.00 | 0.00 | 7,833.60 | 18,534.96 |
| EARNINGS Total: | 65.75 | 0.00 | | 1,341.30 | | 9,906.54 | 23,149.55 |

BENEFITS Total:   344.76   5,626.78

| EMPLOYEE DEDUCTIONS | Amount | YTD |
|---|---|---|
| ARIZONA STATE TAX W/H | 65.05 | 1,145.70 |
| ASRS LTD CLASSIFIED | 2.55 | 41.68 |
| ASRS RETIREMENT CLASS | 163.91 | 2,743.69 |
| FED TAX W/H | 125.40 | 2,127.15 |
| FICA - MEDICARE | 19.45 | 335.66 |
| FICA - SOC SEC | 83.16 | 1,405.46 |
| FICA - SOC SEC - EE ONLY COVID PLAN | 0.00 | 29.82 |
| DIRECT DEPOSIT SUREPAY | 881.78 | 15,320.39 |
| DEDUCTIONS Total: | 1,341.30 | 23,149.55 |

| LEAVE ACCUMULATED | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| Bereavement - 6 hours | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Business Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Compensatory Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unpaid Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Leave - 6 hours 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick Leave Classified - 6 | 117.50 | 0.00 | 18.00 | 0.00 | 135.50 |
| Jury Duty/Military | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| 17 Ded-EYEMED VISION-10 MO SUPPORT | 2.56 | 39.80 |
| 17 Ded-METLIFE DENTAL- 10 MO SUPPORT | 25.29 | 393.78 |
| 17 Ded-MINNESOTA LIFE INSURANCE | 1.14 | 19.18 |
| 17 Ded-TELEDOC NON-INSURED | 1.77 | 24.90 |
| Adj: 17 Ded-TELEDOC NON-INSURED | 8.85 | 0.00 |
| ASRS LTD CLASSIFIED | 2.55 | 41.68 |
| ASRS RETIREMENT CLASS | 163.91 | 2,743.69 |
| FICA - MEDICARE | 19.45 | 335.66 |
| FICA - SOC SEC | 83.16 | 1,405.46 |
| WORKERS' COMP HIGH | 36.08 | 622.63 |

TRANS   Net Amount:   $881.78

Liberty Elementary School District #25
19871 W. Fremont Rd.
Buckeye, AZ 85326



**DIRECT DEPOSIT RECEIPT**

**PAYROLL**
**PAY DATE:** 12/28/2021

**DIRECT DEPOSIT AMOUNT:** ***EIGHT HUNDRED SIXTY-EIGHT DOLLARS AND 55/100 CENTS***   $868.55

Sprague, James D
7304 N Cotton Lane
Waddell, AZ 85355

**NON - NEGOTIABLE**

DEPOSIT TO ACCT #   XXXXXXXX3125

---

Liberty Elementary School District #25                     Buckeye, AZ 85326

| Sprague, James D | 13 | Biweekly | 12/19/2021 | 12/28/2021 | 12/28/2021 |
|---|---|---|---|---|---|
| **Employee Name** | **Period** | **Pay Cycle** | **End Date** | **Pay Date** | **Deposit Date** |
| leral Status: Single or Married filing separately, Ex| | State: AZ 5.1% of taxable wages, | | | |

| EARNINGS | Reg Hrs | O/T Hrs | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| Other Accum. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,073.14 | 3,983.53 |
| Hourly Transportation-Bus | 4.75 | 0.00 | 20.40 | 96.90 | 0.00 | 622.20 | 1,253.46 |
| Bus Driver - 17 | 60.00 | 0.00 | 20.40 | 1,224.00 | 0.00 | 11,245.50 | 21,946.86 |
| **EARNINGS Total:** | 64.75 | 0.00 | 40.80 | 1,320.90 | 0.00 | 13,940.84 | 27,183.85 |

| EMPLOYEE DEDUCTIONS | Amount | YTD |
|---|---|---|
| FED TAX W/H | 123.25 | 2,511.78 |
| FICA - SOC SEC | 81.90 | 1,655.59 |
| FICA - SOC SEC - EE ONLY COVID PLAN | 0.00 | 29.82 |
| FICA - MEDICARE | 19.15 | 394.16 |
| ASRS RETIREMENT CLASS | 161.41 | 3,175.58 |
| ASRS LTD CLASSIFIED | 2.51 | 48.39 |
| DIRECT DEPOSIT SUREPAY | 868.55 | 18,024.11 |
| ARIZONA STATE TAX W/H | 64.13 | 1,344.42 |
| **DEDUCTIONS Total:** | 1,320.90 | 27,183.85 |

| LEAVE ACCUMULATED | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| Unpaid Leave | 0.00 | 0.75 | 0.00 | 0.75 | 0.00 |
| Compensatory Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty/Military | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Leave - 6 hours 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bereavement - 6 hours | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Business Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick Leave Classified - 6 | 117.50 | 0.00 | 30.00 | 0.00 | 147.50 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| 17 Ded-METLIFE DENTAL- 10 MO SUPPORT | 25.29 | 444.36 |
| 17 Ded-MINNESOTA LIFE INSURANCE | 1.14 | 21.46 |
| 17 Ded-EYEMED VISION-10 MO SUPPORT | 2.56 | 44.92 |
| FICA - SOC SEC | 81.90 | 1,655.59 |
| 17 Ded-TELEDOC NON-INSURED | 1.77 | 28.44 |
| FICA - MEDICARE | 19.15 | 394.16 |
| ASRS RETIREMENT CLASS | 161.41 | 3,175.58 |
| ASRS LTD CLASSIFIED | 2.51 | 48.39 |
| WORKERS' COMP HIGH | 35.53 | 717.70 |
| **BENEFITS Total:** | 331.26 | 6,530.60 |

TRANS                                                                                      Net Amount:   $868.55

| Liberty Elementary School District #25 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19871 W. Fremont Rd. | | | | | | | | | | | |
| Buckeye, AZ 85326 | | | | | | | | | | | |



**DIRECT DEPOSIT RECEIPT**

**PAYROLL**
**PAY DATE:** 12/14/2021

**DIRECT DEPOSIT AMOUNT:** ***ONE THOUSAND TWELVE DOLLARS AND 99/100 CENTS***     **$1,012.99**

Sprague, James D
7304 N Cotton Lane
Waddell, AZ 85355

**NON - NEGOTIABLE**

DEPOSIT TO ACCT #     XXXXXXXX3125

---

Liberty Elementary School District #25           Buckeye, AZ 85326

| Sprague, James D | 12 | Biweekly | 12/5/2021 | 12/14/2021 | 12/14/2021 |
|---|---|---|---|---|---|
| **Employee Name** | **Period** | **Pay Cycle** | **End Date** | **Pay Date** | **Deposit Date** |
| leral Status: Single or Married filing separately, Ex( | | State: AZ 5.1% of taxable wages, | | | |

| EARNINGS | Reg Hrs | O/T Hrs | Rate | Amt | Over time | FTD | YTD |
|---|---|---|---|---|---|---|---|
| Adj: Bus Driver - 17 | -0.75 | 0.00 | 20.40 | -15.30 | 0.00 | 0.00 | 0.00 |
| Other Accum. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,098.44 | 4,640.09 |
| Bus Driver - 17 | 48.00 | 0.00 | 20.40 | 979.20 | 0.00 | 10,021.50 | 20,722.86 |
| Health Insurance Waiver-Fall | 10.00 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 | 500.00 |
| **EARNINGS Total:** | 57.25 | 0.00 | 40.80 | 1,463.90 | 0.00 | 12,619.94 | 25,862.95 |

| EMPLOYEE DEDUCTIONS | Amount | YTD |
|---|---|---|
| FED TAX W/H | 145.65 | 2,388.53 |
| FICA - SOC SEC | 90.76 | 1,573.69 |
| FICA - SOC SEC - EE ONLY COVID PLAN | 0.00 | 29.82 |
| FICA - MEDICARE | 21.23 | 375.01 |
| ASRS RETIREMENT CLASS | 117.79 | 3,014.17 |
| ASRS LTD CLASSIFIED | 1.83 | 45.88 |
| DIRECT DEPOSIT SUREPAY | 1,012.99 | 17,155.56 |
| ARIZONA STATE TAX W/H | 73.65 | 1,280.29 |
| **DEDUCTIONS Total:** | 1,463.90 | 25,862.95 |

| LEAVE ACCUMULATED | Beg Bal | Used | Accr | Adj | Bal |
|---|---|---|---|---|---|
| Unpaid Leave | 0.00 | 0.75 | 0.00 | 0.75 | 0.00 |
| Compensatory Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jury Duty/Military | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Personal Leave - 6 hours 1 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bereavement - 6 hours | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Business Leave | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sick Leave Classified - 6 | 117.50 | 0.00 | 24.00 | 0.00 | 141.50 |

| EMPLOYER PAID BENEFITS | Amount | YTD |
|---|---|---|
| 17 Ded-METLIFE DENTAL- 10 MO SUPPORT | 0.00 | 419.07 |
| 17 Ded-MINNESOTA LIFE INSURANCE | 0.00 | 20.32 |
| 17 Ded-EYEMED VISION-10 MO SUPPORT | 0.00 | 42.36 |
| FICA - SOC SEC | 90.76 | 1,573.69 |
| 17 Ded-TELEDOC NON-INSURED | 1.77 | 26.67 |
| FICA - MEDICARE | 21.23 | 375.01 |
| ASRS RETIREMENT CLASS | 117.79 | 3,014.17 |
| ASRS LTD CLASSIFIED | 1.83 | 45.88 |
| WORKERS' COMP HIGH | 25.93 | 682.17 |
| **BENEFITS Total:** | 259.31 | 6,199.34 |

Case 2:22-bk-00514-DPC    Doc 2    Filed 01/26/22    Entered 01/26/22 15:35:44    Desc
Main Document    Page 5 of 5

TRANS        Net Amount:    $1,012.99